IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MIRANDA ADAMS,

    Petitioner,

vs.                                                    Nos. CIV 20-0724 JB/JFR
                                                                          CR 17-1712 JB

UNITED STATES OF AMERICA,

    Respondent.

## **FINAL JUDGMENT**

**THIS MATTER** comes before the Court on the Memorandum Opinion and Order, filed February 28, 2021 (Doc. 9)("MOO"). In the MOO, the Court dismissed this case with prejudice. See MOO at 7-8. Because the MOO disposed of all issues and claims before the Court, the Court now enters Final Judgment in this matter.

**IT IS ORDERED** that: (i) all claims are dismissed with prejudice; (ii) this case is dismissed with prejudice; and (iii) Final Judgment is entered.

                                                                     _____
                                                                     UNITED STATES DISTRICT JUDGE

*Parties:*

Miranda Adams
Phoenix, Arizona

    *Petitioner pro se*

*Counsel:*

Kimberly A. Brawley
  Assistant United States Attorney
Albuquerque, New Mexico

    *Attorneys for the Defendants*